# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
      **Plaintiff,**

  v.                                                                       Case No. 08-CR-109

**ANNA TRUJILLO**
      **Defendant.**

## DECISION AND ORDER

Defendant Anna Trujillo requests early termination of her supervised release. The court may, pursuant to 18 U.S.C. § 3583(e)(1), terminate a defendant's supervision if (1) she has served at least one year; (2) considering the sentencing factors in 18 U.S.C. § 3553(a) as well as the defendant's conduct, termination is in the interests of justice; and (3) the government is given notice and an opportunity to be heard. United States v. Medina, 17 F. Supp. 2d 245, 245 (S.D.N.Y. 1998). In this case, defendant has served more than 3 ½ years of the imposed 4 year term, and the government in its response agrees that termination would be consistent with defendant's rehabilitative needs and in the interest of justice.

Defendant indicates that since her release from incarceration, she has returned to school and received an associate's degree; worked steadily, providing for her child; and avoided new violations of the law. While defendant has had a few stumbles on supervision, they have been relatively minor. Defendant indicates that she wants to move to Michigan to be closer to family and assist her mother, who was diagnosed with cancer and given six months to one year to live. Termination would permit the move now, without awaiting approval of a transfer of supervision. Given these circumstances and defendant's conduct, I find that

early termination is consistent with the factors in 18 U.S.C. § 3553(a) and in the interest of justice.

**THEREFORE, IT IS ORDERED** that defendant's request (R. 4) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 26th day of July, 2009.

/s Lynn Adelman

_____
LYNN ADELMAN
District Judge